UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Seymour Wasserstrum, Esq.
Law Offices of Seymour Wasserstrum
Attorneys at Law
205 W. Landis Avenue
Vineland, NJ 08360
P: (856) 696-8300
F: (856) 696-6962
Attorneys for Debtors
Mylawyer7@aol.com

In Re:

  Pradip DasGupta and Denice L DasGupta

---

**Order Filed on January 19, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-32447

Chapter: 13

Adv. No.: N/A

Hearing Date: 1/23/2018 @ 10:00 a.m.

Judge: JNP

---

### ORDER TO APPROVE LOAN MODIFICATION WITH WELLS FARGO HOME MORTGAGE

    The relief set forth on the following pages, numbered three (3) is hereby ORDERED.

**DATED: January 19, 2018**

_____

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 17-32447-JNP Doc 23 Filed 01/21/18 Entered 01/22/18 09:50:27 Desc Proposed Order    Page 2 of 3

**(Page 2)**
**Debtors:** Pradip DasGupta and Denice L DasGupta
**Case No:** 17-32447/JNP
**Caption of Order:** Order to Approve Loan Modification of Debtors with Wells Fargo Home Mortgage

---

Upon consideration of Pradip DasGupta and Denice L DasGupta's application for an order to approve a loan modification with Wells Fargo Home Mortgage, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtors are permitted to proceed with a loan modification Wells Fargo Home Mortgage**.**

**IT IS FURTHER ORDERED** Communication and/or negotiations between debtors and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against other in any subsequent litigation.

**IT IS FURTHER ORDERED** that in the event a loan modification is completed and pre-petition arrears are capitalized into the loan, secured creditor shall amend the arrearage portion of its proof of claim to reflect the amount already paid by the Chapter 13 Trustee within thirty (30) days of the completion of the loan modification; and

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is withdrawn or amended or the Trustee is notified by secured creditor that the modification was not consummated; and

**IT IS FURTHER ORDERED** that in the event the modification is not consummated; the secured creditor shall notify the Trustee and debtors' attorney of same. Any money that was held by the Trustee pending the completion of the modification shall then be paid to secured creditor; and

**(Page 3)**

**Debtors:** Pradip DasGupta and Denice L DasGupta
**Case No:** 17-32447/JNP
**Caption of Order:** Order to Approve Loan Modification of Debtors with Wells Fargo Home Mortgage

---

**IT IS FURTHER ORDERED** that in the event the Proof of Claim is withdrawn or amends the arrearage portion the claim to zero (0), the Trustee may disburse funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

**IT IS FURTHER ORDERED** that Debtors shall file an Amended Schedule J and Modified Plan within fourteen (14) days of this Order.

**IT IS FURTHER ORDERED** that Debtors shall provide the Trustee with an executed copy of the Loan Agreement upon completion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-32447-JNP
Pradip DasGupta                                                       Chapter 13
Denice L DasGupta
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1           Date Rcvd: Jan 19, 2018
                             Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db/jdb          +Pradip DasGupta,   Denice L DasGupta,   233 E. Collings Dr.,   Williamstown, NJ 08094-2553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          James Patrick Shay    on behalf of Creditor   WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Nicholas V. Rogers    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Seymour  Wasserstrum   on behalf of Debtor Pradip  DasGupta mylawyer7@aol.com,   ecf@seymourlaw.net
          Seymour  Wasserstrum   on behalf of Joint Debtor Denice L DasGupta mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 9