**Last revised: August 1, 2017**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____17-32447_____ |
| Pradip & Denice Dasgupta | Judge: _____JNP_____ |
| | |
| Debtor(s) | |

## Chapter 13 Plan and Motions

☐ Original  ☒ Modified/Notice Required  Date: ___2/19/2018___

☒ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __/s/ SW__    Initial Debtor: __/s/ PD__    Initial Co-Debtor: __/s/ DD__

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____1390.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____March 1, 2018_____ for approximately _____57_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:
Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐   Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,960.00+800 fee app |
| DOMESTIC SUPPORT OBLIGATION | n/a | n/a |
| IRS | taxes | notice only |
| State of New Jersey | taxes | notice only |

b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

### Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

4

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Toyota Motor Credit | 2013 Toyota Highlander | $33,198.44 | $21,800.00 | none | $33,198.44 | 5.25% | $37,818.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

Wells Fargo Home Mortgage- Arrears cured via a loan modification. Payments will be maintained outside of the Plan.

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Ally Financial | 2013 GMC Terrain | $26,006.00 |
| Snap On | Tools | $5,615.81 |

### Part 5:    Unsecured Claims ☒ NONE

   a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

   ☒ Not less than $ _____0.00_____ to be distributed *pro rata*

   ☐ Not less than _____ percent

   ☐ *Pro Rata* distribution from any remaining funds

   b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6:    Executory Contracts and Unexpired Leases ☐ NONE

   (NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions** ☐ **NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☐ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Toyota Financial | 2013 Toyota Highlander | $33,198.44 | $21,800.00 | $33,198.44 | $4,619.56 |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification   ☒ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 2/19/2018_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To list the debt held by Wells Fargo as unaffected by the Plan since the arrears have been cured via a loan modification | To list the debt held by Wells Fargo as unaffected by the Plan since the arrears have been cured via a loan modification |
| To list the debt with Toyota under part 4(D) per the order resolving the objection | To list the debt with Toyota under part 4(D) per the order resolving the objection |
| To pay Snap on Tools per the proof of claim. | To pay Snap on Tools per the proof of claim. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 2/19/2018_____    /s/ Seymour Wasserstrum_____
                                             Attorney for the Debtor

Date: 2/19/2018_____    /s/ Pradip Dasgupta_____
                                             Debtor

Date: 2/19/2018_____    /s/ Denice L. Dasgupta_____
                                             Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 2/19/2018                                       /s/ Seymour Wasserstrum
                                                      Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 2/19/2018                                       /s/ Pradip Dasgupta
                                                      Debtor

Date: 2/19/2018                                       /s/ Denice L. Dasgupta
                                                      Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:
Pradip DasGupta
Denice L DasGupta
    Debtors

Case No. 17-32447-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Feb 21, 2018
                    Form ID: pdf901     Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.

```
db/jdb        +Pradip DasGupta,    Denice L DasGupta,    233 E. Collings Dr.,    Williamstown, NJ 08094-2553
cr            +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
517162221      AMI Atlanticare, LLC,    PO Box 964,    Indianapolis, IN 46206-0964
517162222     +Atlantic Medical Imaging,    Po Box 1564,    Indianapolis, IN 46206-1564
517162223     +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
517162225     +Capital One,    PO Box 30281,    Salt Lake, UT 84130-0281
517162228     +Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
517314411      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517162231      Comenity Bank/CATHRINS,    PO Box 182789,    Columbus, OH 43218-2789
517162236     +GC Services Limited Parnership,    Po Box 3346,    Houston, TX 77253-3346
517162238      HRRG,    Po Box 5406,    Cincinnati, OH 45273-7942
517239840     +Laboratory Corp of America,    PO Box 2240,    Burlington, NC 27216-2240
517162243      Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
               Trenton, NJ 08625-0112
517162244     +Recon Ortho Assoc II PC,    Po Box 757910,    Philadelphia, PA 19175-7910
517162245      Reconstructive Orthopedics PA,    44 Eves Dr, Building A, Suite 100,    Marlton, NJ 08053
517162246     +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517239841     +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
517162247    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
              (address filed with court: Snap On Credit,     PO Box 506,    Gurnee, IL 60031)
517162249    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,     P.O. Box 245,
               Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517162248     +South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
517162250     +Stillman Law Office,    50 Tower Office Park,    Woburn, MA 01801-2113
517162256    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,     4 Gatehall Drive, Suite 350,
               Parsippany, NJ 07054)
517200150     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517162257     +Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
517162259     +WAWA/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517252131      Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,
               1000 Blue Gentian Road,    Eagan MN 55121-7700
517162260     +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2018 23:34:31      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2018 23:34:28      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr             E-mail/Text: ally@ebn.phinsolutions.com Feb 21 2018 23:33:43      Ally Capital,
               serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN  55113-0004
517190678      E-mail/Text: ally@ebn.phinsolutions.com Feb 21 2018 23:33:43      Ally Capital,    PO Box 130424,
               Roseville MN 55113-0004
517162220     +E-mail/Text: ally@ebn.phinsolutions.com Feb 21 2018 23:33:43      Ally Financial,
               PO Box 380901,    Minneapolis, MN 55438-0901
517239839     +E-mail/Text: GenesisFS@ebn.phinsolutions.com Feb 21 2018 23:35:30      Bankcard Services,
               PO Box 4477,    Beaverton, OR 97076-4401
517162232     +E-mail/PDF: creditonebknotifications@resurgent.com Feb 21 2018 23:39:02      Credit One Bank,
               PO BOX 98873,    Las Vegas, NV 89193-8873
517162235      E-mail/Text: mrdiscen@discover.com Feb 21 2018 23:33:44      Discover Financial Services,
               PO Box 15316,    Wilmington, DE 19850-5316
517162234     +E-mail/PDF: pa_dc_ed@navient.com Feb 21 2018 23:39:47      Dept of Ed/Navient,    PO Box 9635,
               Wilkes Barre, PA 18773-9635
517183336      E-mail/Text: mrdiscen@discover.com Feb 21 2018 23:33:44      Discover Bank,
               Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
517162237     +E-mail/Text: GenesisFS@ebn.phinsolutions.com Feb 21 2018 23:35:30      Genesis BC/Celtic Bank,
               268 S. State St STE 300,    Salt Lake City, UT 84111-5314
517162241      E-mail/Text: cio.bncmail@irs.gov Feb 21 2018 23:33:59      Internal Revenue Service,
               P.O. Box 744,    Special Procedure Branch,    Springfield, NJ 07081
517162242      E-mail/Text: bnckohlsnotices@becket-lee.com Feb 21 2018 23:33:49      Kohls/Capital One,
               Po Box 3115,    Milwaukee, WI 53201-3115
517279706      E-mail/PDF: pa_dc_claims@navient.com Feb 21 2018 23:39:45
               Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
               Wilkes-Barre, PA 18773-9635
517313058      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2018 23:45:15
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
               Norfolk VA 23541
517162252      E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:38:55      Syncb/Care Credit,
               Po Box 965036,    Orlando, FL 32896-5036
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Feb 21, 2018
                              Form ID: pdf901          Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517162254      E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:15    Syncb/Wal-Mart,   Po Box 956024,
               Orlando, FL 32896-5024
517162255     +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:38:55    Syncb/Walmart Dc,   Po Box 965024,
               Orlando, FL 32896-5024
517164289     +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:38    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517162251     +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:38    syncb/car care,   PO Box 965036,
               Orlando, FL 32896-5036
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517162224*    +Barclays Bank Delaware,    125 S West St.,   Wilmington, DE 19801-5014
517162226*    +Capital One,   PO Box 30281,   Salt Lake, UT 84130-0281
517162227*    +Capital One,   PO Box 30281,   Salt Lake, UT 84130-0281
517162229*    +Capital One Bank,    P.O. Box 30281,   Salt Lake City, UT 84130-0281
517162230*    +Capital One Bank,    P.O. Box 30281,   Salt Lake City, UT 84130-0281
517162233*    +Credit One Bank,    PO BOX 98873,   Las Vegas, NV 89193-8873
517162240*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   PO Box 724,   Springfield, NJ 07081)
517162239*    +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517185234*   ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
              (address filed with court:   Snap-on Credit, LLC,   950 Technology Way, Suite 301,
               Libertyville, IL 60048)
517162253*     Syncb/Care Credit,    Po Box 965036,   Orlando, FL 32896-5036
517162258*    +Virtua Medical Group,    PO Box 6028,   Bellmawr, NJ 08099-6028
                                                                              TOTALS: 0, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2018 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
         John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
         Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
         Seymour  Wasserstrum    on behalf of Joint Debtor Denice L DasGupta mylawyer7@aol.com,
          ecf@seymourlaw.net
         Seymour  Wasserstrum    on behalf of Debtor Pradip  DasGupta mylawyer7@aol.com,   ecf@seymourlaw.net
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```