Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 17−32447−JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Pradip DasGupta                                  Denice L DasGupta
   233 E. Collings Dr.                                233 E. Collings Dr.
   Williamstown, NJ 08094                  Williamstown, NJ 08094

Social Security No.:
   xxx−xx−5909                                      xxx−xx−8786

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              July 19, 2019
Time:             10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*68* − Certification in Opposition to (related document:67 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 06/5/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Seymour Wasserstrum on behalf of Denice L DasGupta, Pradip DasGupta. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: June 5, 2019
JAN: lgr

                                                                           Jeanne Naughton
                                                                           Clerk