Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–32447–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Pradip DasGupta
233 E. Collings Dr.
Williamstown, NJ 08094

Denice L DasGupta
233 E. Collings Dr.
Williamstown, NJ 08094

Social Security No.:
xxx–xx–5909
xxx–xx–8786

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          July 30, 2019
Time:          10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*72* – Certification in Opposition to (related document:71 Creditor's Certification of Default (related document:52 Motion for Relief from Stay re: 233 EAST COLLINGS DRIVE, WILLIAMSTOWN, NJ 08094 NKA 233 E COLLINGS DRIVE, WILLIAMSTOWN, NJ 08094. Fee Amount $ 181. filed by Creditor WELLS FARGO BANK, N.A., 57 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 07/8/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by Seymour Wasserstrum on behalf of Denice L DasGupta, Pradip DasGupta. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: July 9, 2019
JAN: lgr

Jeanne Naughton
Clerk