Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−32447−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pradip DasGupta                                            Denice L DasGupta
   233 E. Collings Dr.                                       233 E. Collings Dr.
   Williamstown, NJ 08094                     Williamstown, NJ 08094

Social Security No.:
   xxx−xx−5909                                                   xxx−xx−8786

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                July 30, 2019
Time:              10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*72* – Certification in Opposition to (related document:71 Creditor's Certification of Default (related document:52 Motion for Relief from Stay re: 233 EAST COLLINGS DRIVE, WILLIAMSTOWN, NJ 08094 NKA 233 E COLLINGS DRIVE, WILLIAMSTOWN, NJ 08094. Fee Amount $ 181. filed by Creditor WELLS FARGO BANK, N.A., 57 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 07/8/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by Seymour Wasserstrum on behalf of Denice L DasGupta, Pradip DasGupta. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: July 9, 2019
JAN: lgr

                                                                                                               Jeanne Naughton
                                                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Pradip DasGupta
Denice L DasGupta
    Debtors

Case No. 17-32447-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Jul 09, 2019
                  Form ID: 173   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
db/jdb         +Pradip DasGupta,   Denice L DasGupta,   233 E. Collings Dr.,   Williamstown, NJ 08094-2553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
        Craig Scott Keiser    on behalf of Creditor    WELLS FARGO BANK, N.A.
         craig.keiser@phelanhallinan.com
        Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. jpshay@mdwcg.com,
         jpshay@gmail.com
        John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
        Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
         kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
         rsolarz@kmllawgroup.com
        Seymour  Wasserstrum    on behalf of Joint Debtor Denice L DasGupta mylawyer7@aol.com,
         ecf@seymourlaw.net
        Seymour  Wasserstrum     on behalf of Debtor Pradip  DasGupta mylawyer7@aol.com,    ecf@seymourlaw.net
        Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
         nj.bkecf@fedphe.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 14