Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17–32447–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Pradip DasGupta
233 E. Collings Dr.
Williamstown, NJ 08094

Denice L DasGupta
233 E. Collings Dr.
Williamstown, NJ 08094

Social Security No.:
xxx–xx–5909

xxx–xx–8786

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N.
Poslusny Jr. on

Date:                 November 15, 2019
Time:                 10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101–2067

to consider and act upon the following:

*85* – Certification in Opposition to (related document:84 Certification of Default of Standing Trustee. re: Debtors
failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 10/1/2019. (Attachments: # 1
Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Seymour
Wasserstrum on behalf of Denice L DasGupta, Pradip DasGupta. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: October 2, 2019
JAN: lgr

Jeanne Naughton
Clerk