Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 17−32447−JNP
                              Chapter: 13
                              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pradip DasGupta                               Denice L DasGupta
   233 E. Collings Dr.                            233 E. Collings Dr.
   Williamstown, NJ 08094                Williamstown, NJ 08094

Social Security No.:
   xxx−xx−5909                                    xxx−xx−8786

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on November 15, 2019.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 15, 2019
JAN: kvr

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-32447-JNP
Pradip DasGupta                                                       Chapter 13
Denice L DasGupta
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin               Page 1 of 3            Date Rcvd: Nov 15, 2019
                                Form ID: 148              Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
```
db/jdb         +Pradip DasGupta,    Denice L DasGupta,    233 E. Collings Dr.,    Williamstown, NJ 08094-2553
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
517162221       AMI Atlanticare, LLC,    PO Box 964,   Indianapolis, IN 46206-0964
517162222      +Atlantic Medical Imaging,    Po Box 1564,    Indianapolis, IN 46206-1564
517162236      +GC Services Limited Parnership,    Po Box 3346,    Houston, TX 77253-3346
517162238       HRRG,   Po Box 5406,    Cincinnati, OH 45273-7942
517239840      +Laboratory Corp of America,    PO Box 2240,    Burlington, NC 27216-2240
517162243       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517389000       Office of the Attorney General,    25 Market St., PO Box 112,    Richard K Hughes Justice Complez,
                 Trenton, NJ 08625-0112
517162244      +Recon Ortho Assoc II PC,    Po Box 757910,   Philadelphia, PA 19175-7910
517162245       Reconstructive Orthopedics PA,    44 Eves Dr, Building A, Suite 100,    Marlton, NJ 08053
517162246      +Remex Inc,    307 Wall Street,   Princeton, NJ 08540-1515
517239841      +Rothman Institute,    925 Chestnut Street,   Philadelphia, PA 19107-4290
517162247     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
                (address filed with court:  Snap On Credit,    PO Box 506,   Gurnee, IL 60031)
517162249     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517162248      +South Jersey Radiology,    PO Box 1710,   Voorhees, NJ 08043-7710
518004096      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518004097      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518236592      +Specialized Loan Servicing, LLC,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517162250      +Stillman Law Office,    50 Tower Office Park,    Woburn, MA 01801-2113
517200150      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517162257      +Virtua Medical Group,    PO Box 6028,   Bellmawr, NJ 08099-6028
517162259      +WAWA/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2019 01:25:56      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2019 01:25:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: GMACFS.COM Nov 16 2019 05:53:00      Ally Capital,   serviced by Ally Servicing LLC,
                 PO Box 130424,   Roseville, MN  55113-0004
517190678       EDI: GMACFS.COM Nov 16 2019 05:53:00      Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
517162220      +EDI: GMACFS.COM Nov 16 2019 05:53:00      Ally Financial,   PO Box 380901,
                 Minneapolis, MN 55438-0901
517375016       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 01:34:53
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517239839      +EDI: PHINGENESIS Nov 16 2019 05:53:00      Bankcard Services,   PO Box 4477,
                 Beaverton, OR 97076-4401
517162223      +EDI: TSYS2.COM Nov 16 2019 05:53:00      Barclays Bank Delaware,   125 S West St,
                 Wilmington, DE 19801-5014
517162225      +EDI: CAPITALONE.COM Nov 16 2019 05:53:00      Capital One,   PO Box 30281,
                 Salt Lake, UT 84130-0281
517162228      +EDI: CAPITALONE.COM Nov 16 2019 05:53:00      Capital One Bank,   P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
517314411       EDI: BL-BECKET.COM Nov 16 2019 05:53:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517162231       EDI: WFNNB.COM Nov 16 2019 05:53:00      Comenity Bank/CATHRINS,   PO Box 182789,
                 Columbus, OH 43218-2789
517162232      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2019 01:33:34      Credit One Bank,
                 PO BOX 98873,   Las Vegas, NV 89193-8873
517162235       EDI: DISCOVER.COM Nov 16 2019 05:53:00      Discover Financial Services,   PO Box 15316,
                 Wilmington, DE 19850-5316
517162234      +EDI: NAVIENTFKASMDOE.COM Nov 16 2019 05:53:00      Dept of Ed/Navient,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
517183336       EDI: DISCOVER.COM Nov 16 2019 05:53:00      Discover Bank,   Discover Products Inc.,
                 PO Box 3025,   New Albany, OH 43054-3025
517162237      +EDI: PHINGENESIS Nov 16 2019 05:53:00      Genesis BC/Celtic Bank,   268 S. State St STE 300,
                 Salt Lake City, UT 84111-5314
```

```
District/off: 0312-1           User: admin              Page 2 of 3              Date Rcvd: Nov 15, 2019
                               Form ID: 148             Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517388998         EDI: IRS.COM Nov 16 2019 05:53:00      IRS,   PO Box 725 Special Procedures Function,
                   Springfield, NJ 07081
517162242         E-mail/Text: bncnotices@becket-lee.com Nov 16 2019 01:25:10       Kohls/Capital One,
                   Po Box 3115,    Milwaukee, WI 53201-3115
517374345         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 01:33:40
                    LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                   FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517279706         EDI: NAVIENTFKASMSERV.COM Nov 16 2019 05:53:00       Navient Solutions, LLC. on behalf of,
                   Department of Education Loan Services,    PO BOX 9635,   Wilkes-Barre, PA 18773-9635
517826586         EDI: PRA.COM Nov 16 2019 05:53:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                   Norfolk, VA 23541
517826587         EDI: PRA.COM Nov 16 2019 05:53:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                   Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
517313058         EDI: PRA.COM Nov 16 2019 05:53:00      Portfolio Recovery Associates, LLC,
                   c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
517365054         EDI: Q3G.COM Nov 16 2019 05:53:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                   PO Box 788,   Kirkland, WA  98083-0788
517162252         EDI: RMSC.COM Nov 16 2019 05:53:00      Syncb/Care Credit,   Po Box 965036,
                   Orlando, FL 32896-5036
517162254         EDI: RMSC.COM Nov 16 2019 05:53:00      Syncb/Wal-Mart,   Po Box 956024,
                   Orlando, FL 32896-5024
517162255        +EDI: RMSC.COM Nov 16 2019 05:53:00      Syncb/Walmart Dc,   Po Box 965024,
                   Orlando, FL 32896-5024
517164289        +EDI: RMSC.COM Nov 16 2019 05:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                   PO Box 41021,    Norfolk, VA 23541-1021
517162256         EDI: TFSR.COM Nov 16 2019 05:53:00      Toyota Motor Credit,   4 Gatehall Drive, Suite 350,
                   Parsippany, NJ 07054
517252131         EDI: WFFC.COM Nov 16 2019 05:53:00      Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,
                   Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,    Eagan MN 55121-7700
517382015         EDI: WFFC.COM Nov 16 2019 05:53:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                   Mac# N9286-01Y,   1000 Blue Gentian Road,    Eagan MN  55121-7700
517162260        +EDI: WFFC.COM Nov 16 2019 05:53:00      Wells Fargo Home Mortgage,    PO Box 10335,
                   Des Moines, IA 50306-0335
517361356         EDI: ECAST.COM Nov 16 2019 05:53:00      eCAST Settlement Corporation,    PO Box 29262,
                   New York NY 10087-9262
517162251        +EDI: RMSC.COM Nov 16 2019 05:53:00      syncb/car care,    PO Box 965036,
                   Orlando, FL 32896-5036
                                                                                               TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517162224*       +Barclays Bank Delaware,    125 S West St,   Wilmington, DE 19801-5014
517162226*       +Capital One,   PO Box 30281,    Salt Lake, UT 84130-0281
517162227*       +Capital One,   PO Box 30281,    Salt Lake, UT 84130-0281
517162229*       +Capital One Bank,   P.O. Box 30281,    Salt Lake City, UT 84130-0281
517162230*       +Capital One Bank,   P.O. Box 30281,    Salt Lake City, UT 84130-0281
517162233*       +Credit One Bank,    PO BOX 98873,    Las Vegas, NV 89193-8873
517162240*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:  Internal Revenue Service,    PO Box 724,    Springfield, NJ 07081)
517388997*        IRS,   PO Box 744,   Springfield, NJ 07081-0744
517388999*       +IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
517162241*        Internal Revenue Service,    P.O. Box 744,   Special Procedure Branch,    Springfield, NJ 07081
517162239*       +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517185234*      ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
                  (address filed with court:  Snap-on Credit, LLC,    950 Technology Way, Suite 301,
                   Libertyville, IL 60048)
517389001*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:  State of New Jersey,    PO Box 245,
                   Dept of Treasure-Division of Taxation,    Trenton, NJ 08695-0245)
517162253*        Syncb/Care Credit,   Po Box 965036,    Orlando, FL 32896-5036
517162258*       +Virtua Medical Group,    PO Box 6028,   Bellmawr, NJ 08099-6028
                                                                                               TOTALS: 0, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 3 of 3           Date Rcvd: Nov 15, 2019
                              Form ID: 148             Total Noticed: 58
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              Craig Scott Keiser    on behalf of Creditor    WELLS FARGO BANK, N.A. craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. jpshay@mdwcg.com,
               jpshay@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Denice L DasGupta mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Pradip  DasGupta mylawyer7@aol.com,  ecf@seymourlaw.net
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 14
```