| | |
|---|---|
| UNITED STATES BANKRUTPCY COURT<br>DISTRICT OF NEW JERSEY<br><br>OFFICE OF THE CHAPTER 13 STANDING TRUSTEE<br>Isabel C. Balboa, Esquire<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002<br>(856) 663-5002 | Order Filed on November 15,<br>2019 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>PRADIP DAS GUPTA<br>DENICE L. DAS GUPTA | Case No:        17-32447-JNP<br>Hearing Date:<br>Judge:          Jerrold N. Poslusny Jr.<br>Chapter:        13 |

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

# ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through three (3) is hereby **ORDERED**.

**DATED: November 15, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

IS_CHH_5001_OTBS

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☒ The debtor(s)' case is hereby DISMISSED

☐ The debtor(s)' plan is allowed to continue at the regular monthly payment of _____ for a period of ___ months. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the debtor(s)' case.

☐ An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

☒ Other:

  ☒ IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

  ☐ IT IS FURTHER ORDERED that the debtor(s)' case is allow to continue with the arrears being capitalized throught the debtor(s)' plan, and the plan shall continue at _____ which represents total receipts applied to plan.

☐  IT IS FURTHER ORDERED that the debtor(s)' case is allowed to

continue with a lump sum payment of _____ due within __ days from

the date of this Order.

☐  IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed,

such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for

Chapter 13 bankruptcy protection for a period of __ from the date of dismissal of debtor(s)'

case.

☐  IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier

payments of

☐  This order incorporates a fee application for debtor(s)' attorney in the

amount of _____ pending Court approval.

☐  A status hearing shall be held on _____.

United States Bankruptcy Court
District of New Jersey

In re:
Pradip DasGupta
Denice L DasGupta
        Debtors

Case No. 17-32447-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 15, 2019
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
db/jdb        +Pradip DasGupta,   Denice L DasGupta,   233 E. Collings Dr.,   Williamstown, NJ 08094-2553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:
              Craig Scott Keiser    on behalf of Creditor    WELLS FARGO BANK, N.A. craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. jpshay@mdwcg.com,
               jpshay@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Joint Debtor Denice L DasGupta mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Debtor Pradip  DasGupta mylawyer7@aol.com,  ecf@seymourlaw.net
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 14